# UNITED STATES DISTRICT COURT
Southern District of Georgia
Statesboro Division

2017 OCT 10  A 11: 26

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Michael Shane Allen | ) | |
| | ) | Case Number: 6:08CR00034-1 |
| | ) | USM Number: 13961-021 |
| | ) | Matthew K. Hube |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions (Violation Numbers 2 through 4) of the term of supervision.

☒ was found in violation of mandatory conditions (Violation Numbers 1 and 6 through 9) after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to pay a financial obligation as directed by the Court (mandatory condition). | August 18, 2016 |

See page two for additional violations

The defendant is sentenced as provided in pages 3 through _4_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated mandatory condition (Violation Number 5) and is discharged as to such violation condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 1410

Defendant's Year of Birth: 1970

City and State of Defendant's Residence:

Swainsboro, Georgia

October 5, 2017
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

Name and Title of Judge

October 10, 2017
Date

DEFENDANT: Michael Shane Allen
CASE NUMBER: 6:08CR00034-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 28, 2016 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 16, 2016 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 18, 2016 |
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | March 27, 2017 |
| 7 | The defendant committed another federal, state, or local crime (mandatory condition). | March 30, 2017 |
| 8 | The defendant committed another federal, state, or local crime (mandatory condition). | April 24, 2017 |
| 9 | The defendant committed another federal, state, or local crime (mandatory condition). | April 28, 2017 |

DEFENDANT: Michael Shane Allen
CASE NUMBER: 6:08CR00034-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, with credit for time served. No term of supervision is ordered to follow term of imprisonment.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to a Bureau of Prisons facility that can adequately address his medical diagnoses of moderate to severe spinal canal stenosis and moderate to severe bilateral neural foraminal stenosis.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Michael Shane Allen
CASE NUMBER: 6:08CR00034-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Trafficking Act Assessment** | **Fine** | **Restitution** |
|---|---|---|---|---|
| TOTALS | N/A | N/A | Fine balance is hereby remitted | N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

TOTALS    $ _____    $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

  ☐ the interest requirement for   ☐ fine   ☐ restitution is modified as follows:

☐ The court determined that the defendant is   ☐ indigent   ☐ non-indigent   under the Justice for Victims of Trafficking Act of 2015.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.